PAUL L. REIN, Esq. (Calif. State Bar No. 43053)
JULIE OSTIL, Esq. (Calif. State Bar No. 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
510/832-5001 phone
510/832-4787 fax

Attorneys for Plaintiffs
ROBERT CRUZ and DARWIN DIAS

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRUZ and DARWIN DIAS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 08-00244 MEJ<br><u>Civil Rights</u><br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned, on behalf of plaintiffs Robert Cruz and Darwin Dias, hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit Court of Appeals.

Dated: February 5, 2008

PAUL L. REIN
JULIE OSTIL
LAW OFFICES OF PAUL L. REIN

*/s/ Julie Ostil*
Attorneys for Plaintiffs
ROBERT CRUZ and DARWIN DIAS

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT TO JURISDICTION BY U.S. MAGISTRATE JUDGE
CASE NO. C08-00244 MEJ         -1-         S:\SLR\FORMS FORMS\CONSENT TO MAG JUDGE.PL.wpd