| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001     FAX No: 510-832-4787 | |

| Ref. No. or File No.: |
|---|

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: CRUZ
Defendant: CITY AND COUNTY OF SAN FRANCISCO

| PROOF OF SERVICE<br>SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0800244MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint; , Ecf Registration Information Handout, Welcome To The U.S. District Court San Francisco, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Assignment Or Request For Reassignment, Order Setting Initial Case Management Conference And Adr Deadlines, Case Management Standing Order Magistrate Judge Maria-Elena James, Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form, Blank Consent To Assignment Or Request For Reassignment, Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James, Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement, Blank Order Setting Case Management Conference

3. a. Party served:              CITY AND COUNTY OF SAN FRANCISCO
   b. Person served:             NYDIA GONZALEZ, SECRETARY

4. Address where the party was served:   1 CARLTON B GOODLETT PLACE, RM 396
                                          SAN FRANCISCO, CA 94102

5. I served the party:
   b. by substituted service. On: Thu., Jan. 24, 2008 at: 4:40PM by leaving the copies with or in the presence of:
      NYDIA GONZALEZ, SECRETARY
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MARY SCHWAB                                 d. The Fee for Service was:    $72.67



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   1010
      (iii) County:             SAN FRANCISCO

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Jan. 25, 2008

                                                            /s/ Mary Schwab
                                                            (MARY SCHWAB)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUM-CIVI/CASE & COMP                                    reinpr.10276

| Attorney or Party without Attorney:<br>PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001   FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: CRUZ | |
| Defendant: CITY AND COUNTY OF SAN FRANCISCO | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0800244MEJ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint; , Ecf Registration Information Handout, Welcome To The U.S. District Court San Francisco, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Assignment Or Request For Reassignment, Order Setting Initial Case Management Conference And Adr Deadlines, Case Management Standing Order Magistrate Judge Maria-Elena James, Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form, Blank Consent To Assignment Or Request For Reassignment, Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James, Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement, Blank Order Setting Case Management Conference

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Fri., Jan. 25, 2008
   b. Place of Mailing:         Walnut Creek, CA 94595
   c. Addressed as follows:     CITY AND COUNTY OF SAN FRANCISCO
                                1 CARLTON B GOODLETT PLACE, RM 396
                                SAN FRANCISCO, CA 94102
                                ATTN: SAN FRANCISCO CONTROLLER"S OFFICE

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jan. 25, 2008 in the ordinary course of business.

5. *Person Serving:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELISE SNEDEGAR                                d. *The Fee for Service was:* $72.67
   b. One Hour Delivery Service                     e. I am: (3) registered California process server
      1280 Boulevard Way #205                          (i)   Employee
      Walnut Creek, CA 94595                           (ii)  Registration No.:  #641
   c. .925-947-1100, FAX 925-947-3480                  (iii) County:            CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Fri, Jan. 25, 2008

   Judicial Council Form                 PROOF OF SERVICE                (ELISE SNEDEGAR)         reinpr.10276
   Rule 2.150.(a)&(b) Rev January 1, 2007      By Mail