1 | PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
2 | ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
3 | 200 Lakeside Drive, Suite A
Oakland, CA 94612
4 | Telephone: 510/832-5001
Facsimile: 510/832-4787
5

Attorneys for Plaintiffs
6 | ROBERT CRUZ and DARWIN DIAS

7

8                    UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10

11

ROBERT CRUZ and DARWIN              CASE NO. C08-00244 MEJ
12 | DIAS,                            Civil Rights

13 |        Plaintiffs,

14 | v.                               **PLAINTIFFS' CERTIFICATION OF
                                      INTERESTED ENTITIES OR
15                                    PERSONS**

16 | CITY AND COUNTY OF SAN
FRANCISCO, and DOES 1-10,
17 | Inclusive,

18 |        Defendants.
                                    /
19

20           Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this

21 | date, other than the named parties, there is no such interest to report.

22

23 | Dated: February 8, 2008            PAUL L. REIN
                                        JULIE A. OSTIL
24                                      ANN WINTERMAN
                                        LAW OFFICES OF PAUL L. REIN
25

26

                                        _____/s/ Julie Ostil_____
27                                      Attorneys for Plaintiffs
                                        ROBERT CRUZ and DARWIN DIAS
28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001