1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  DANNY CHOU, State Bar #180240
   Chief of Complex and Special Litigation
3  JAMES M. EMERY, State Bar #153630
   Chief of Complex Litigation
4  ERIN BERNSTEIN, State Bar #231539
   Deputy City Attorney
5  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-4218
   Facsimile:    (415) 554-3837
7
8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9
10
11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA

| 13 | ROBERT CRUZ and DARWIN DIAS, | Case No. C08-00244 MEJ |
|---|---|---|
| 14 | Plaintiffs, | **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |
| 15 | vs. | |
| 16 | CITY AND COUNTY OF SAN FRANCISCO, DOES 1-10, Inclusive, | |
| 17 | Defendants. | |

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Stipulation To Extend Time To Answer Complaint          1                n:\lit\li2008\080855\00464696.doc
Cruz, et al. v. CCSF, Case No. C-08-00244

Pursuant to Local Rule 6-1(a), Plaintiffs Robert Cruz and Darwin Diaz ("Plaintiffs") and Defendant City and County of San Francisco, (hereinafter "City"), by and through their attorneys of record, as set forth below, hereby stipulate and agree that City's time to file a responsive pleading to Plaintiffs' Complaint shall be extended to February 24, 2008.

Dated: February 6, 2008

DENNIS J. HERRERA
City Attorney
DANNY CHOU
Chief of Complex and Special Litigation
JAMES M. EMERY
Chief of Complex Litigation
ERIN BERNSTEIN
Deputy City Attorney

By: _____
ERIN BERNSTEIN

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: February 6, 2008

PAUL L. REIN, Esq.
Law Offices of Paul L. Rein

By: _____
PAUL L. REIN, Esq.

Attorney for Plaintiffs
ROBERT CRUZ and DARWIN DIAS

Stipulation To Extend Time To Answer Complaint    2    n:\lit\li2008\080855\00464696.doc
Cruz, et al. v. CCSF, Case No. C-08-00244

TOTAL P.04