PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiffs
ROBERT CRUZ and DARWIN DIAS

DENNIS J. HERRERA (SBN 139669),
City Attorney
DANNY CHOU (SBN 180240),
Chief of Complex and Special Litigation
JAMES M. EMERY (SBN 153630),
Chief of Complex Litigation
ERIN BERNSTEIN (SBN 231539),
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: 415/554-3975
Facsimile: 415/554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRUZ and DARWIN DIAS,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | No. C08-00244 MEJ<br><br>**JOINT NOTICE OF NEED FOR ADR PHONE CONFERENCE [ADR L.R. 3-5]; JOINT ADR CERTIFICATION** |

JOINT NOTICE OF NEED FOR ADR PHONE CONFERENCE/ADR CERTIFICATION   1
Case No. C08-00244 MEJ                                                   s:/aw/cases/h/hallidie/joint ADR cert.doc

The parties either:

___  have not yet reached an agreement to an ADR process, or

_x_  have tentatively agreed to a settlement conference before a magistrate judge.

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

**Last day to file Joint Case Management Statement: April 17, 2008**

**Date of Initial Case Management Conference:    April 24, 2008**

The following counsel will participate in the ADR phone conference:

| *Name* | *Party Representing* | *Phone No.* | *E-mail Address* |
|---|---|---|---|
| Ann Winterman and Julie Ostil | Robert Cruz and Darwin Dias | 510/832-5001 | reinlawoffice@aol.com<br>awinterman@reinlawoffice.com |
| Erin Bernstein | City and County of San Francisco | 415/554-3975 | erin.bernstein@sfgov.org |

*The ADR Unit (ADR@cand.uscourts.gov) will notify you by e-mail indicating the date and time of your phone conference. Plaintiffs' counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California" or the specified portions of the ADR Unit's internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

//

//

JOINT NOTICE OF NEED FOR ADR PHONE CONFERENCE/ADR CERTIFICATION    2
Case No. C08-00244 MEJ                                    s:/aw/cases/h/hallidie/joint ADR cert.doc

Dated: _____
Robert Cruz

Dated: April 3, 2008        /s/
Ann Winterman, Counsel for Plaintiff Robert Cruz

Dated: _____
Darwin Dias

Dated: April 3, 2008        /s/
Ann Winterman, Counsel for Plaintiff Darwin Dias

Dated: April 2, 2008        /s/
City and County of San Francisco

Dated: April 2, 2008        /s/
Erin Bernstein, Counsel for Defendant
City and County of San Francisco

JOINT NOTICE OF NEED FOR ADR PHONE CONFERENCE/ADR CERTIFICATION        3
Case No. C08-00244 MEJ                                    s:/aw/cases/h/hallidie/joint ADR cert.doc