1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  DANNY CHOU, State Bar #180240
   Chief of Complex and Special Litigation
3  JAMES M. EMERY, State Bar #153630
   Chief of Complex Litigation
4  ERIN BERNSTEIN, State Bar #231539
   Deputy City Attorney
5  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-4218
   Facsimile:    (415) 554-3837
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13  ROBERT CRUZ and DARWIN DIAS,          Case No. C08-00244 MEJ (BZ)

14           Plaintiffs,                   ADMINISTRATIVE MOTION TO
                                           POSTPONE SETTLEMENT CONFERENCE
15         vs.                             DATE BY TWO WEEKS

16  CITY AND COUNTY OF SAN                 Hearing Date:    July 22, 2008
    FRANCISCO, DOES 1-10, Inclusive,       Hearing Judge:   Hon. Bernard Zimmerman
17                                         Time:            9:00 a.m.
             Defendants.                   Place:           Crtrm. G, 15th Fl
18
                                           Date Action Filed:   January 14, 2008
19                                         Trial Date:          May 18, 2008

20

21

22         DEFENDANT City and County of San Francisco hereby requests that the Honorable

23  Magistrate Bernard Zimmerman postpone the date of the settlement conference in this matter by two

24  weeks, from July 22, 2008 to August 5, 2008, or as soon thereafter as a conference can be scheduled.

25         This matter is set for a settlement conference on July 22, 2008 at 9:00 a.m.  The City and

26  County of San Francisco (City) and Plaintiffs have been engaging in ongoing communications in

27  furtherance of settlement, and have been exchanging informal discovery.

28

1    On July 10, 2008, Erin Bernstein, lead trial counsel for the City communicated to counsel for

2  Plaintiffs that she will be acting as lead counsel in a jury trial in San Francisco Superior Court

3  beginning on July 21, 2008, and notified Plaintiffs' counsel that the City planned to seek a short

4  extension of the settlement conference date.  Plaintiffs' counsel has not responded to the City's

5  communication.

6    In hopes of holding the settlement conference at the earliest possible date, the City did not

7  earlier request that this Court vacate the July 22, 2008 settlement conference, as Ms. Bernstein had

8  anticipated that the conflicting state court case would settle before trial.  The jury trial is expected to

9  last for between one and two weeks.  It now appears that the case will be proceeding to a full jury

10  trial.  The City therefore requests that the settlement conference be postponed for a short period of

11  time, because Ms. Bernstein will be unable to attend the June 22, 2008 settlement conference.  The

12  City will, of course, continue to communicate with Plaintiffs in anticipation of a productive

13  settlement conference.

14    As Ms. Bernstein has been the lead—and sole—counsel handling this matter, the City

15  believes that Ms. Bernstein's presence at the settlement conference will allow for the best chance for

16  the settlement of this matter.  The City requests that the settlement conference be postponed by two

17  weeks—e.g., from July 22, 2008 to August 5, 2008—or to a date as soon thereafter that the Court can

18  accommodate a conference.

19  Dated:  July 11, 2008

20                    DENNIS J. HERRERA
                       City Attorney
21                    DANNY CHOU
                       Chief of Complex and Special Litigation
22                    JAMES M. EMERY
                       Chief of Complex Litigation
23

24                    By:_____*//s//*_____
25                         ERIN BERNSTEIN

26                         Deputy City Attorney
                            Attorneys for Defendant
27                         CITY AND COUNTY OF SAN FRANCISCO

28

Admin Motion To Extend Set Conf. Date                          n:\lit\li2008\080855\00496215.doc
*Cruz, et al. v. CCSF*, Case No.  C-08-00244 MEJ                        2

1

**[PROPOSED] ORDER**

2          Good Cause Appearing,

3          The Court hereby vacates the Settlement Conference set for July 22, 2008 in this matter and

4    sets it for _____ at _____.

5

6    Dated: _____

7                                                              By:_____

8                                                                    Magistrate Judge Bernard Zimmerman

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28