PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorney for Plaintiff:
ROBERT CRUZ and DARWIN DIAS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRUZ and DARWIN DIAS,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-10, Inclusive<br><br>    Defendants.<br>_____/ | CASE NO. 08-00244 MEJ (BZ)<br><u>Civil Rights</u><br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION TO POSTPONE SETTLEMENT CONFERENCE**<br><br>Pursuant to Local Rule |

    Plaintiffs ROBERT CRUZ and DARWIN DIAS hereby present their Notice of Non-Opposition to defendant's Administrative Motion to Postpone Settlement Conference Date by Two Weeks.

    However, the new date proposed by defendant, August 5, 2008, is not available on plaintiffs' counsel's calendar. Mr. Rein, lead counsel for plaintiffs, is available on August 7, 8, 11, or 12 for the settlement conference. Plaintiffs' counsel respectfully requests that one of these dates be chosen for the settlement conference, or if none of these dates work, that another date convenient to the calendars of the Court, the parties, and all counsel be chosen.

///

///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Plaintiffs' Notice of Non-Opposition: Case No.
08-00244 MEJ (BZ)**

— 1 —

s:\jo\cases\h\hallidie plaza\pleadings\non opp to moving sett conf.doc

1  Dated: July 14, 2008                    Respectfully Submitted,

2                                          PAUL L. REIN
                                           JULIE A. OSTIL
3                                          ANN WINTERMAN
                                           LAW OFFICES OF PAUL L. REIN
4

5                                          /s/ Julie Ostil_____
                                           Attorneys for Plaintiffs
6                                          ROBERT CRUZ and DARWIN DIAS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Plaintiffs' Notice of Non-Opposition: Case No.
08-00244 MEJ (BZ)**

– 2 –

s:\jo\cases\h\hallidie plaza\pleadings\non opp to moving sett conf.doc