DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
JAMES M. EMERY, State Bar #153630
Chief of Complex Litigation
ERIN BERNSTEIN, State Bar #231539
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4218
Facsimile:     (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT CRUZ and DARWIN DIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DOES 1-10, Inclusive,<br><br>Defendants. | Case No. C08-00244 MEJ (BZ)<br><br>ADMINISTRATIVE MOTION TO POSTPONE SETTLEMENT CONFERENCE DATE BY TWO WEEKS<br><br>Hearing Date:    July 22, 2008<br>Hearing Judge:  Hon. Bernard Zimmerman<br>Time:            9:00 a.m.<br>Place:           Crtrm. G, 15th Fl<br><br>Date Action Filed:   January 14, 2008<br>Trial Date:          May 18, 2008 |
|---|---|

DEFENDANT City and County of San Francisco hereby requests that the Honorable Magistrate Bernard Zimmerman postpone the date of the settlement conference in this matter by two weeks, from July 22, 2008 to August 5, 2008, or as soon thereafter as a conference can be scheduled.

This matter is set for a settlement conference on July 22, 2008 at 9:00 a.m.  The City and County of San Francisco (City) and Plaintiffs have been engaging in ongoing communications in furtherance of settlement, and have been exchanging informal discovery.

Admin Motion To Extend Set Conf. Date
*Cruz, et al. v. CCSF*, Case No.  C-08-00244 MEJ
1
n:\lit\li2008\080855\00496215.doc

1   On July 10, 2008, Erin Bernstein, lead trial counsel for the City communicated to counsel for Plaintiffs that she will be acting as lead counsel in a jury trial in San Francisco Superior Court beginning on July 21, 2008, and notified Plaintiffs' counsel that the City planned to seek a short extension of the settlement conference date.  Plaintiffs' counsel has not responded to the City's communication.

In hopes of holding the settlement conference at the earliest possible date, the City did not earlier request that this Court vacate the July 22, 2008 settlement conference, as Ms. Bernstein had anticipated that the conflicting state court case would settle before trial.  The jury trial is expected to last for between one and two weeks.  It now appears that the case will be proceeding to a full jury trial.  The City therefore requests that the settlement conference be postponed for a short period of time, because Ms. Bernstein will be unable to attend the June 22, 2008 settlement conference.  The City will, of course, continue to communicate with Plaintiffs in anticipation of a productive settlement conference.

As Ms. Bernstein has been the lead—and sole—counsel handling this matter, the City believes that Ms. Bernstein's presence at the settlement conference will allow for the best chance for the settlement of this matter.  The City requests that the settlement conference be postponed by two weeks—e.g., from July 22, 2008 to August 5, 2008—or to a date as soon thereafter that the Court can accommodate a conference.

Dated:  July 11, 2008

        DENNIS J. HERRERA
        City Attorney
        DANNY CHOU
        Chief of Complex and Special Litigation
        JAMES M. EMERY
        Chief of Complex Litigation

By: *//s//*
        ERIN BERNSTEIN

        Deputy City Attorney
        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Admin Motion To Extend Set Conf. Date
*Cruz, et al. v. CCSF*, Case No.  C-08-00244 MEJ
2
n:\lit\li2008\080855\00496215.doc

1 **[PROPOSED] ORDER**

2    Good Cause Appearing,

3    The Court hereby vacates the Settlement Conference set for July 22, 2008 in this matter and
4 sets it for _Aug. 22, 2008_ at _9:00 a.m._. Settlement conference statements are due August 15, 2008.
5    The court's previous Order otherwise remains in full force and effect.

6 Dated: _July 15, 2008_

7    By: _/s/ Bernard Zimmerman_
8        Magistrate Judge Bernard Zimmerman



IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA