# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: 8/22/08

TIME: 3.5 hrs

**TITLE OF CASE:**  **DOCKET NO.:** C 08-244 MEJ

Cruz v. City & County of San Francisco

☐ REFERRAL

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| Paul Leslie Rein | Erin B. Bernstein |

COURT REPORTER/TAPE NO., SIDE, REEL NO.:

**PROCEEDINGS**

☐ NONDISPOSITIVE MOTION                ☐ INITIAL PRETRIAL CONFERENCE (CMC)
    ☐ CONTESTED                          ☐ DISCOVERY CONFERENCE
    ☐ UNCONTESTED                        ☒ SETTLEMENT CONFERENCE
☐ DISPOSITIVE MOTION                   ☐ FINAL PRETRIAL CONFERENCE
☐ EVIDENTIARY HEARING                  ☐ MOTION HEARING/ARGUMENT
☐ FEE APPLICATION                      ☐ IRS ENFORCEMENT ORDERS
☐ STATUS CONFERENCE                    ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☐ COURT

CASE CONTINUED TO:

**NOTES**

Case did not settle. Parties continuing to talk.