1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  DANNY CHOU, State Bar #180240
   Chief of Complex and Special Litigation
3  JAMES M. EMERY, State Bar #153630
   Chief of Complex Litigation
4  ERIN BERNSTEIN, State Bar #231539
   Deputy City Attorney
5  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3975
   Facsimile:    (415) 554-3985
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13  ROBERT CRUZ and DARWIN DIAS,          Case No. C08-00244 MEJ (BZ)

14              Plaintiffs,               **STIPULATION AND [PROPOSED]
                                          ORDER TO CONTINUE TRIAL DATE
15       vs.                              AND RELATED PRETRIAL
                                          DEADLINES**
16  CITY AND COUNTY OF SAN
    FRANCISCO, DOES 1-10, Inclusive,
17                                        Date Action Filed:    January 14, 2008
              Defendants.                 Trial Date:           May 18, 2009
18

19

20

21

22

23

24

25

26

27

28

---

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of the Court's April 23, 2008 Case Management and Pretrial Order as follows:

- Disclosure of Experts (retained and non-retained): Monday, December 22, 2008
- Disclosure of Rebuttal Experts: Friday, January 2, 2009
- Non-Expert Discovery Cutoff: Monday, January 12, 2009
- Expert Discovery Cutoff: Monday, January 12, 2009
- Dispositive Motions to Be Filed By: Monday, February 9, 2009
- Dispositive Motions to Be Heard By: Thursday, March 19, 2009
- Meet & Confer re: Joint Pretrial Statement: Monday, May 18, 2009
- Joint Pretrial Statement to be Filed: Monday, June 1, 2009
- Motions *in Limine* to be Filed: Monday, June 1, 2009
- Oppositions to Motions *in Limine* to be Filed: Monday, June 8, 2009
- Trial Briefs, Joint Voir Dire, and Jury Instructions to be filed: Tuesday, June 16, 2009
- Pretrial Conference: Thursday, June 18, 2009 at 10:00 a.m.
- Final Pretrial Conference: Thursday, July 16, 2009 at 10:00 a.m.
- Trial Date: Monday, July 20, 2009, Courtroom B, 15th Fl.

The parties make this request based on the following circumstances:

1. The parties, having attended a Settlement Conference with Honorable Magistrate Judge Bernard Zimmerman on August 22, 2008, are continuing to negotiate a resolution of this action.

2. The parties believe a 60-day extension of the trial date and all related pre-trial deadlines will promote their settlement efforts. If the dates are not continued, the upcoming discovery cutoff will compel the parties to begin immediate full discovery in preparation for summary judgment and other motion work. The increase in fees and costs resultant from this work would make the case much less likely to settle.

3. The parties therefore request continuation of the trial date and pretrial deadlines as set forth above.

1    **SIGNATURE PAGE TO STIPULATION AND [PROPOSED] ORDER TO CONTINUE**

2    **TRIAL DATE AND RELATED PRETRIAL DEADLINES**

3

4    STIPULATED AND AGREED:

5

6    Dated:  August 27, 2008

7                                              DENNIS J. HERRERA
                                               City Attorney
8                                              DANNY CHOU
                                               Chief of Complex and Special Litigation
9                                              JAMES M. EMERY
                                               Chief of Complex Litigation
10                                             ERIN BERNSTEIN
                                               Deputy City Attorney
11

12
                                        By:_____//s//_____
13                                             ERIN BERNSTEIN

14                                      Attorneys for Defendant
                                        CITY AND COUNTY OF SAN FRANCISCO
15

16   Dated:  August 27, 2008

17                                             PAUL REIN
                                               JULIE OSTIL
18

19
                                        By:_____
20                                             JULIE OSTIL

21                                      Attorneys for Plaintiffs
                                        ROBERT CRUZ AND DARWIN DIAS
22

23

24

25

26

27

28