```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  DANNY CHOU, State Bar #180240
    Chief of Complex and Special Litigation
 3  JAMES M. EMERY, State Bar #153630
    Chief of Complex Litigation
 4  ERIN BERNSTEIN, State Bar #231539
    Deputy City Attorney
 5  1390 Market Street, 7th Floor
    San Francisco, California 94102-5408
 6  Telephone:    (415) 554-3975
    Facsimile:    (415) 554-3985
 7

 8  Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT CRUZ and DARWIN DIAS, | Case No. C08-00244 MEJ (BZ) |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DEADLINES |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, DOES 1-10, Inclusive, | |
| Defendants. | Date Action Filed:  January 14, 2008<br>Trial Date:  May 18, 2009 |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of the Court's April 23, 2008 Case Management and Pretrial Order as follows:

- Disclosure of Experts (retained and non-retained): Monday, December 22, 2008
- Disclosure of Rebuttal Experts: Friday, January 2, 2009
- Non-Expert Discovery Cutoff: Monday, January 12, 2009
- Expert Discovery Cutoff: Monday, January 12, 2009
- Dispositive Motions to Be Filed By: Monday, February 9, 2009
- Dispositive Motions to Be Heard By: Thursday, March 19, 2009
- Meet & Confer re: Joint Pretrial Statement: Monday, May 18, 2009
- Joint Pretrial Statement to be Filed: Monday, June 1, 2009
- Motions *in Limine* to be Filed: Monday, June 1, 2009
- Oppositions to Motions *in Limine* to be Filed: Monday, June 8, 2009
- Trial Briefs, Joint Voir Dire, and Jury Instructions to be filed: Tuesday, June 16, 2009
- Pretrial Conference: Thursday, June 18, 2009 at 10:00 a.m.
- Final Pretrial Conference: Thursday, July 16, 2009 at 10:00 a.m.
- Trial Date: Monday, July 20, 2009, Courtroom B, 15th Fl.

The parties make this request based on the following circumstances:

1. The parties, having attended a Settlement Conference with Honorable Magistrate Judge Bernard Zimmerman on August 22, 2008, are continuing to negotiate a resolution of this action.
2. The parties believe a 60-day extension of the trial date and all related pre-trial deadlines will promote their settlement efforts. If the dates are not continued, the upcoming discovery cutoff will compel the parties to begin immediate full discovery in preparation for summary judgment and other motion work. The increase in fees and costs resultant from this work would make the case much less likely to settle.
3. The parties therefore request continuation of the trial date and pretrial deadlines as set forth above.

# SIGNATURE PAGE TO STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DEADLINES

STIPULATED AND AGREED:

Dated: August 27, 2008

                      DENNIS J. HERRERA
                      City Attorney
                      DANNY CHOU
                      Chief of Complex and Special Litigation
                      JAMES M. EMERY
                      Chief of Complex Litigation
                      ERIN BERNSTEIN
                      Deputy City Attorney

                      By: _____//s//_____
                      ERIN BERNSTEIN

                      Attorneys for Defendant
                      CITY AND COUNTY OF SAN FRANCISCO

Dated: August 27, 2008

                      PAUL REIN
                      JULIE OSTIL

                      By: _____
                      JULIE OSTIL

                      Attorneys for Plaintiffs
                      ROBERT CRUZ AND DARWIN DIAS

Dated: August 28, 2008

[STAMP: GRANTED — Judge Maria-Elena James — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]