IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRUZ and DARWIN DIAS,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendant(s)._____ / | No. C 08-0244 MEJ<br><br>**ORDER REQUESTING STATUS REPORT** |

On August 28, 2008, the Court granted the parties' stipulated request to continue pretrial and trial deadlines in this case. (Dkt. #20.) As the dispositive motion filing deadline has now passed, the Court hereby ORDERS the parties to file a joint status report by March 11, 2009.

**IT IS SO ORDERED.**

Dated: February 27, 2009

　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge