IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRUZ and DARWIN DIAS, | No. C 08-0244 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER RE JOINT STATUS REPORT** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Status Report, filed March 11, 2009. (Dkt. #22.) Although Plaintiffs argue that the City's settlement approval process has been unreasonably delayed, the Court finds that the process appears to be proceeding in the ordinary manner by which it has seen other settled cases with the City proceed. Accordingly, no court action is required at this time. However, if the Mayor has not signed the ordinance approving the settlement by May 6, 2009, the parties shall file an updated status report by May 13, 2009. Otherwise, the parties shall file a stipulation for dismissal upon final approval of the settlement.

**IT IS SO ORDERED.**

Dated: March 12, 2009

MARIA-ELENA JAMES
United States Magistrate Judge