IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRUZ and DARWIN DIAS, | No. C 08-0244 MEJ |
| Plaintiff(s), | **ORDER RE STATUS** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' individual status reports. (Dkt. ## 24, 25.) Upon review of the reports, the Court finds that there appears to be no inappropriate delay in the City's approval process. Accordingly, the parties shall file an updated joint status report by June 4, 2009.

**IT IS SO ORDERED.**

Dated: May 18, 2009

MARIA-ELENA JAMES
United States Magistrate Judge