DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
JAMES M. EMERY, State Bar #153630
Chief of Complex Litigation
ERIN BERNSTEIN, State Bar #231539
Deputy City Attorney
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4218
Facsimile: (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRUZ and DARWIN DIAS,<br><br>            Plaintiffs,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DOES 1-10, Inclusive,<br><br>            Defendants. | Case No. C08-00244 MEJ<br><br>JOINT STATUS REPORT<br><br>Date Action Filed:    January 14, 2008<br>Trial Date:                 May 18, 2009 |

     Plaintiffs and Defendants file jointly this Status Report in response to the Court's Order of May 20, 2009. On June 1, 2009, the City completed payment of all settlement amounts and has implemented the non-monetary relief according to the parties' settlement agreement. The parties thank the Court for its time and efforts in assisting the timely settlement of this case.

Joint Status Report
*Cruz, et al. v. CCSF*, Case No. C-08-00244 MEJ

1

n:\lit\li2008\080855\00560832.doc

Dated: June 4, 2009

        DENNIS J. HERRERA  
        City Attorney  
        DANNY CHOU  
        Chief of Complex and Special Litigation  
        JAMES M. EMERY  
        Chief of Complex Litigation  
        ERIN BERNSTEIN  
        Deputy City Attorney

By:    //s//  
     ERIN BERNSTEIN

Attorneys for Defendant  
CITY AND COUNTY OF SAN FRANCISCO

Dated: June 4, 2009         PAUL L. REIN  
                                LAW OFFICES OF PAUL L. REIN

        /s/  
        Attorneys for Plaintiffs  
        ROBERT CRUZ AND DARWIN DIAS

Based on the parties' report, it appears that nothing remains pending in this case. Accordingly, the parties shall file a joint request for dismissal.

Dated: June 5, 2009

IT IS SO ORDERED  
Judge Maria-Elena James  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA