1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  DANNY CHOU, State Bar #180240
   Chief of Complex and Special Litigation
3  JAMES M. EMERY, State Bar #153630
   Chief of Complex Litigation
4  ERIN BERNSTEIN, State Bar #231539
   Deputy City Attorney
5  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-4218
   Facsimile:    (415) 554-3837

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRUZ and DARWIN DIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DOES 1-10, Inclusive,<br><br>Defendants. | Case No. C08-00244 MEJ<br><br>STIPULATED DISMISSAL<br><br>Date Action Filed:  January 14, 2008<br>Trial Date:  May 18, 2009 |

Plaintiffs and Defendants file jointly this stipulated Dismissal. On June 1, 2009, the City completed payment of all settlement amounts and has implemented the non-monetary relief according to the parties' settlement agreement. The parties stipulate that this action should therefore be dismissed.

Stipulated Dismissal
*Cruz, et al. v. CCSF*, Case No. C-08-00244 MEJ

1

s:\slr\cases\h\hallidie plaza\cruzstipdismissal.doc

Dated: June 15, 2009

                         DENNIS J. HERRERA
                         City Attorney
                         DANNY CHOU
                         Chief of Complex and Special Litigation
                         JAMES M. EMERY
                         Chief of Complex Litigation
                         ERIN BERNSTEIN
                         Deputy City Attorney

                         By:_____//s//_____
                         ERIN BERNSTEIN

                         Attorneys for Defendant
                         CITY AND COUNTY OF SAN FRANCISCO

Dated: June 24, 2009

                         PAUL L. REIN
                         LAW OFFICES OF PAUL L REIN

                         _____/s/ Paul L. Rein_____
                         Attorneys for Plaintiffs
                         ROBERT CRUZ AND DARWIN DIAS

The Clerk of Court shall close the file.

Dated: June 25, 2009



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA